IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN PATRICK )
SCHRECKENGAST and )
ANDREA SCHRECKENGAST )
)
v. ) CV 416-38
)
CHARLES S. CAROLLO, )
INDIVIDUALLY, LANDSTAR )
INWAY, INC. and LANDSTAR )
SYSTEM, INC. )

**ORDER**

The plaintiffs have filed a Notice of Dismissal Without Prejudice. Pursuant to Fed R. Civ. P. 41(a)(1)(A)(I), Plaintiffs John Patrick Schreckengast and Andrea Schreckengast, by and through their undersigned counsel, dismiss without prejudice LANDSTAR System, Inc. as a Defendant in this action. The Court has been notified that the defendants have no opposition to this motion. This motion is hereby GRANTED. All claims of the Plaintiffs against defendant LANDSTAR System, Inc. are hereby dismissed without prejudice. Charles S. CAROLLO, Individually and LANDSTAR INWAY, Inc. shall remain Defendants in this action.

SO ORDERED this ___1___ day of March, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA