UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN PATRICK SCHRECKENGAST, and ANDREA SCHRECKENGAST | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV416-038 |
| CHARLES S. CAROLLO, individually, LANDSTAR INWAY, INC., and LANDSTAR SYSTEM, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Cannon Cochran Management Services, Inc. ("CCMS") moves to intervene as a plaintiff in this action to protect its alleged subrogation rights in $179,714.77 of workers' compensation benefits that it paid to plaintiff John Patrick Schreckengast. *See* Doc. 71 at 2; *see also* doc. 70-2 (proposed Complaint). The time provided by the Court's Local Rules for opposition to the motion has passed. By their silence, the parties indicate that they do not oppose it. *See* S.D. Ga. L. Civ. R. 7.5. CCMS's unrebutted motion shows that it is entitled to intervene as a matter of right. *See* doc. 71; *see also* Fed. R. Civ. P. 24(a)(2).

Accordingly, CCMS's motion (doc. 70) is **GRANTED**, and it is

permitted to intervene in this action as a plaintiff. The Court deems CCMS's Complaint, as attached to its motion, filed and served on the parties (subject to objection, within 7 days of the date this Order is served, coupled by showing why formal service is required) and this action shall continue as scheduled.[1] The parties shall have 21 days from unobjected-to service to serve their respective responsive pleadings (otherwise, 21 days from formal service).

**SO ORDERED,** this  10th   day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In particular, the Pretrial Conference, which has been set for April 17, 2017, will continue as scheduled. Doc. 69. Counsel should confer as necessary to ensure that the Conference is not disrupted by CCMS's intervention.