# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

```
JOHN PATRICK SCHRECKENGAST &
ANDREA SCHRECKENGAST,

Plaintiffs,

CANNON COCHRAN MANAGEMENT
SERVICES, INC.,

Intervenor-Plaintiff,

        v.                              No. 4:16-CV-38

CHARLES S. CAROLLO,
individually, & LANDSTAR
INWAY, INC.,

Defendants.
```

## ORDER

The parties have filed multiple versions of deposition designations with both sides submitting entries in a late fashion. They have, in fact, filed so many entries that it is difficult to determine what designations, counter-designations, and objections are operative. See Dkt. Nos. 68, 85, 88, 91, 93, 94, 121, 123, 191, 192, 195, 203.

July selection is scheduled to begin on Tuesday, January 16, 2018. In order to address the late requests and present the case

to the jury in an orderly fashion, the parties are hereby **ORDERED** to meet and confer to resolve any disputed deposition designations. To the extent there remain any disputes, the parties must file a joint document identifying the deposition line numbers and summary of the contentions of every disputed line. This filing must be put on the record by 5:00 p.m. Friday, January 12, 2018. The following chart illustrates how the parties are to jointly organize their designations, counter-designations and any objections thereto:

| Deposition of Everett James McCubrey | | | |
|---|---|---|---|
| Schreckengasts' Designations | Defendants' Objections | Defendants' Counter-Designations | Schreckengasts' Objections to Defendants' Counter-Designations |
| 21:3-24:21 | 401/402 Relevance; 403 Unduly Prejudicial, Collateral Source | 8:10-8:14 | |

To the extent any dispute remains, Magistrate Judge Smith will hold a hearing to resolve each line beginning at 5:00 p.m. Tuesday, January 16, 2018. The parties are warned that any deposition or line omitted from the January 12, 2018 filing will be excluded from trial. The parties are further **ORDERED** to refrain from presenting to the jury any disputed passage on Tuesday, January 16, 2018.

**SO ORDERED**, this 11th day of January, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA